UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-62053-CIV-ZLOCH

LYNN A. PARISI,

       Plaintiff,
vs.                                **FINAL ORDER OF DISMISSAL**

FREDERICK J. HANNA & ASSOCIATES,
P.C.,

       Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Lynn A. Parisi's Notice Of Voluntary Dismissal With Prejudice (DE 4). The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Lynn A. Parisi's Notice Of Voluntary Dismissal With Prejudice (DE 4) be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   12th   day of January, 2010.

                                                          WILLIAM J. ZLOCH
                                                          United States District Judge

Copies furnished:
All Counsel of Record